IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-317-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**FRANKIE GONZALEZ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is set for **April 22, 2010 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 22, 2010