**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00317-JLK-01

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

FRANKIE GONZALEZ,

              Defendant.

_____

**ORDER CONTINUING SUPERVISED RELEASE
AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**
_____

      THIS MATTER was before the Court for a supervised release violation hearing on April 22, 2010. The defendant admitted guilt to violations numbers 1 through 5, as alleged by the probation officer. The Court finds the defendant has violated the conditions of supervised release. It is, therefore

      ORDERED that the defendant's term of supervised release is continued as originally imposed with the added special condition that the defendant reside in and comply with rules and regulations of a residential reentry center for a period of twelve (12) months.

      DATED at Denver, Colorado, this <u>23rd</u> day of April, 2010.

                                        BY THE COURT:


                                        ***S/John L. Kane***
                                        JOHN L. KANE
                                        Senior United States District Judge